# United States Court of Appeals
## For the First Circuit

No. 22-1272

JOSE MAURICIO FIGUEROA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

### ORDER OF COURT

Entered: February 28, 2023

Upon consideration of the respondent's motion, this case is removed from the oral argument calendar for Wednesday, March 8, 2023, and will be rescheduled in due course.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Michael Warren
Timothy Bo Stanton
OIL
Kristen H. Blosser
Lee Gelernt
Gilles R. Bissonnette
Adriana Lafaille
Matthew R Segal
Cody H. Wofsy
SangYeob Kim