# United States Court of Appeals
## For the First Circuit

———————————————

No. 22-1272

JOSE MAURICIO FIGUEROA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

———————————————

**ORDER OF COURT**

Entered: March 28, 2023

Upon consideration of the petitioner's motion, this case is removed from the oral argument calendar for Monday, May 1, 2023. The case will be called at oral argument on Monday, June 5, 2023.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Michael Warren
Timothy Bo Stanton
OIL
Kristen H. Blosser
Lee Gelernt
Gilles R. Bissonnette
Adriana Lafaille
Matthew R Segal
Cody H. Wofsy
SangYeob Kim