# United States Court of Appeals
## For the First Circuit

No. 22-1272

JOSE MAURICIO FIGUEROA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

**ORDER OF COURT**

Entered: July 11, 2023

Amici Curiae American Civil Liberties Union Foundation, Inc., et al. have filed a letter pursuant to Fed. R. App. P. 28(j) stating that the United States Supreme Court has granted certiorari concerning the issue presented in the present appeal in Supreme Court case number 22-666, Wilkinson v. Garland. The parties to the present appeal are ordered to each file a submission concerning whether this case should be stayed pending the Supreme Court's decision in the Wilkinson case. The parties' submissions shall be filed on or before **July 21, 2023** and shall not exceed ten pages in length.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Michael Warren
Timothy Bo Stanton
Oil
Kristen H. Blosser
Lee Gelernt
Gilles R. Bissonnette
Adriana Lafaille
Matthew R Segal
Cody H. Wofsy
SangYeob Kim