# United States Court of Appeals
## For the First Circuit

No. 22-1272

JOSE MAURICIO FIGUEROA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

Before

Barron, Chief Judge
Howard and Gelpí, Circuit Judges

**ORDER OF COURT**

Entered: August 18, 2023

In light of the U.S. Supreme Court's grant of the petition for a writ of certiorari in Wilkinson v. Garland, No. 22-666, and the responses of the parties in this case, this appeal is stayed pending the Supreme Court's decision. The parties are directed to file a joint status report every 90 days from the date of this order.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Michael Warren, Timothy Bo Stanton, Oil, Kristen H. Blosser, Lee Gelernt, Gilles R. Bissonnette, Adriana Lafaille, Matthew R Segal, Cody H. Wofsy, SangYeob Kim