# United States Court of Appeals
## For the First Circuit

No. 22-1272

JOSE MAURICIO FIGUEROA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

Before

Barron, Chief Judge,
Howard and Gelpí, Circuit Judges.

**ORDER OF COURT**

Entered: June 5, 2024

In light of Wilkinson v. Garland, 601 U.S. 209 (2024), the Court requests that within 14 days the government respond, in letter form not to exceed three pages, to the petitioner's Rule 28(j) letter filed on April 1, 2024, and to state therein the government's current position on the jurisdictional question addressed in petitioner's letter. The Court's previous order requiring periodic status reports by the parties is vacated.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Michael Warren, Timothy Bo Stanton, Oil, Kristen H. Blosser, Lee Gelernt, Gilles R. Bissonnette, Adriana Lafaille, Matthew R. Segal, Cody H. Wofsy, SangYeob Kim