# United States Court of Appeals
## For the First Circuit

No. 22-1272

JOSE MAURICIO FIGUEROA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

**JUDGMENT**

Entered: October 17, 2024

    This cause came on to be heard on a petition for review of an order of the Board of Immigration Appeals and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The petition for review is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:  Robert Michael Warren, Timothy Bo Stanton, Oil, Kristen H. Blosser, Lee Gelernt, Gilles R. Bissonnette, Adriana Lafaille, Matthew R Segal, Cody H. Wofsy, SangYeob Kim