# United States Court of Appeals
## For the First Circuit

No. 22-1272

JOSE MAURICIO FIGUEROA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

### ORDER OF COURT

Entered: November 22, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Attorney Claire L. Workman's motion requesting leave to enter an appearance on behalf of Respondent Merrick B. Garland is granted.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Robert Michael Warren
Timothy Bo Stanton
Claire Workman
Oil
Kristen H. Blosser
Lee Gelernt
Gilles R. Bissonnette
Adriana Lafaille
Matthew R Segal
Cody H. Wofsy
SangYeob Kim