# United States Court of Appeals
## For the First Circuit

No. 22-1272

JOSE MAURICIO FIGUEROA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

Before

Barron, Chief Judge,
Howard and Gelpí, Circuit Judges.

**ORDER OF COURT**

Entered: December 9, 2024

The respondent's assented-to motion to amend the opinion is granted as follows: At pages 8-9 of the slip opinion, Footnote 5 is deleted. Subsequent footnotes are renumbered accordingly.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Robert Michael Warren, Timothy Bo Stanton, Claire Workman, Oil, Kristen H. Blosser, Lee Gelernt, Gilles R. Bissonnette, Adriana Lafaille, Matthew R Segal, Cody H. Wofsy, SangYeob Kim