# United States Court of Appeals
## For the First Circuit

No. 22-1272

JOSE MAURICIO FIGUEROA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

**MANDATE**

Entered: December 10, 2024

    In accordance with the judgment of October 17, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gilles R. Bissonnette
Kristen H. Blosser
Lee Gelernt
SangYeob Kim
Adriana Lafaille
Oil
Matthew R Segal
Timothy Bo Stanton
Robert Michael Warren
Cody H. Wofsy
Claire Workman